# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                             Fax: 718-740-2000
*Employment and Labor Lawyer*                                                         Web: www.abdulhassan.com

May 21, 2018

**Via ECF**

Hon. Richard J. Sullivan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 905
New York, NY 10007
Tel: 212-805-0264

**Re: Igor Agaronov v. KDG Contracting Corp**
     **Case No.  18-CV-00129 (RJS)(DCF)**
     **Status Report**

Dear Judge Sullivan:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to provide a status report as per the Court's April 19, 2018 order. The parties have held telephone conferences with Magistrate-Judge Freeman during which settlement was discussed. Given the progress made, I believe that an additional two weeks would be helpful in trying to resolve the case – if the case is not settled, we will submit the required revised case management plan - subject to Your Honor's approval.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**