# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                  Fax: 718-740-2000
*Employment and Labor Lawyer*                                           Web: www.abdulhassan.com

June 8, 2018

**Via ECF**

Hon. Richard J. Sullivan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 905
New York, NY 10007
Tel: 212-805-0264

<u>**Re: Igor Agaronov v. KDG Contracting Corp**</u>
Case No.  18-CV-00129 (RJS)(DCF)
Status Report

Dear Judge Sullivan:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to provide a status report as per the Court's May 22, 2018 order. The parties have reached a settlement of this action. We are in the process of exchanging settlement papers and intend to file any necessary papers with the Court shortly. In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**